**AKIN & SALAMAN**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel.  (212) 825-1400    Fax.  (212) 825-1440

November 15, 2023

<u>Via ECF</u>



United States District Court
Southern District of New York
Honorable Jessica G. L. Clarke
500 Pearl Street
New York, NY 10007

> **Re:**   ***Lenay Hunt v. The Institute For Family Health***
> Case No. 23-CV-7025 (JGLC)
> <u>**Plaintiff's Motion to Adjourn Initial Conference Sine Die**</u>

Dear Judge Clarke:

Our office represents Plaintiff Lenay Hunt ("Plaintiff") in the above-referenced matter.  To date, Defendant The Institute For Family Health has not appeared in this action.  As such, Plaintiff has requested a Clerk's Certificate of Default, and will be filing a Motion for Default Judgment. Accordingly, Plaintiff respectfully requests that the Initial Conference scheduled for Wednesday, November 22, 2023 at 12:00 p.m. be adjourned *sine die*.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin & Salaman**

*/s/ Robert D. Salaman*
Robert D. Salaman

The initial pretrial conference scheduled for November 22, 2023 is hereby ADJOURNED *sine die*. Plaintiff shall file her motion for default judgment, in accordance with Individual Rule 4(h), no later than **December 8, 2023**.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 16, 2023
New York, New York